**Order entered April 13, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00063-CV

## MOSHE FELDHENDLER AND LEAH FELDHENDLER, Appellants

## V.

## JULIE BLASNIK AND ALL OCCUPANTS 6608 CRESTLAND AVENUE DALLAS, TEXAS 75252, Appellee

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-02486-2019**

### ORDER

Before the Court is appellants' April 10, 2020 unopposed motion for extension of time to file their opening brief. Appellants explain the extension is necessary, in part, because the reporter's record of the November 8, 2019 hearing on plaintiff's motion for reconsideration has not been filed.

We **GRANT** the motion. We **ORDER** Thomas Mullins, Official Court Reporter for Collin County Court at Law No. 1, to file the record of the November

8th hearing no later than May 4, 2020.  We further **ORDER** appellants to file their opening brief no later than May 14, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Mullins and the parties.

/s/    BILL WHITEHILL
        JUSTICE